AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

LLOYD'S AMERICA, INC. AND CORPORATION OF LLOYD'S

*Plaintiff(s)*

v.

ERIC RAMIREZ, CERTAIN UNDERWRTIERS AT LLOYD'S LONDON, INC., CERTAIN UNDERWRITERS OF LLOYD'S LONDON, LLC

*Defendant(s)*

Civil Action No. 4:23-CV-4306

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ERIC RAMIREZ
1810 Main Street; #417; Houston, Texas 77058
or
18101 Point Lookout, #143; Houston, Texas 77058

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

BLAKE A. BAILEY
PHELPS DUNBAR, LLP
2102 E. State Hwy. 114, Suite 207
Southlake, Texas 76092
blake.bailey@phelps.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*

Date: November 16, 2023

*s/ Joan Davenport*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-CV-4306

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

Print Save As... Reset

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

LLOYD'S AMERICA, INC. AND CORPORATION OF LLOYD'S

*Plaintiff(s)*

v.

ERIC RAMIREZ, CERTAIN UNDERWRTIERS AT LLOYD'S LONDON, INC., CERTAIN UNDERWRITERS OF LLOYD'S LONDON, LLC

*Defendant(s)*

Civil Action No. 4:23-CV-4306

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* CERTAIN UNDERWRITERS AT LLOYD LONDON, INC.
c/o its registered agent
ERIC RAMIREZ
1810 Main Street; #417; Houston, Texas 77058
or
18101 Point Lookout, #143; Houston, Texas 77058

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

BLAKE A. BAILEY
PHELPS DUNBAR, LLP
2102 E. State Hwy. 114, Suite 207
Southlake, Texas 76092
blake.bailey@phelps.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*

Date: November 16, 2023

*s/ Joan Davenport*
*Signature of Clerk or Deputy Clerk*

Civil Action No. 4:23-CV-4306

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________________
______________________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc:

Print Save As... Reset

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

LLOYD'S AMERICA, INC. AND CORPORATION OF LLOYD'S

*Plaintiff(s)*

v.

ERIC RAMIREZ, CERTAIN UNDERWRTIERS AT LLOYD'S LONDON, INC., CERTAIN UNDERWRITERS OF LLOYD'S LONDON, LLC

*Defendant(s)*

Civil Action No. 4:23-CV-4306

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CERTAIN UNDERWRITERS AT LLOYD LONDON, LLC
c/o its Managing Member
ERIC RAMIREZ
1810 Main Street; #417; Houston, Texas 77058
or
18101 Point Lookout, #143; Houston, Texas 77058

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

BLAKE A. BAILEY
PHELPS DUNBAR, LLP
2102 E. State Hwy. 114, Suite 207
Southlake, Texas 76092
blake.bailey@phelps.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

Date: November 16, 2023

*s/ Joan Davenport*

*Signature of Clerk or Deputy Clerk*

Civil Action No. 4:23-CV-4306

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________

was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________

______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________

______________________ , a person of suitable age and discretion who resides there,

on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ______________

______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

Print Save As... Reset